# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0438
Lower Tribunal No. 2016-CF-015781

_____

SHEDDRICK JUBREE BROWN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Robert Branning, Judge.

February 17, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and GANNAM, JJ., concur.

Sheddrick Jubree Brown, Jr., Blountstown, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED